UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FREDERICK NEELY,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>JAMES ROWLAND,<br><br>　　　　　　　Respondent. | Case No. 2:00-cv-02122-JKS (HC)<br><br>FINAL JUDGMENT |

　　　　The court having entered its Memorandum Decision of even date herewith disposing of all the issues raised by the Petitioner,

　　　　**NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED THAT** the petition for post conviction relief [28 U.S.C. § 2254] filed herein is **DISMISSED**.

　　　　**IT IS FURTHER ORDERED THAT** the court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)).  All issues raised in the petition were addressed by the California Court of Appeal in its decision and no reasonable jurist could find that its decision was "objectively unreasonable."

　　　　Dated at Anchorage, Alaska this 22nd day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge